The Honorable Judge Jordan E. Pratt

U.S. District Court, Middle District of Florida

300 North Hogan Street

Jacksonville, FL 32202

Dear Honorable Judge Jordan E. Pratt,

My name is Natasha Payne, mother of defendant Tyler McClure. It is with a heavy heart that I am writing to you regarding this case with my son. I honestly do not know all the specifics nor do I want to because I am highly against anything of this nature.

Tyler is aware of my feelings on this matter and I will say, he seems to have taken responsibility for his actions and is aware of the long road ahead of facing the consequences; including getting help. In the few times I have spoken with Tyler since his arrest, he has shown remorse to me for his actions.

I would like to inform you that Tyler grew up with his 3 brothers. I worked in childcare for many years and when the boys were little they went to work with me until they were old enough to go to school. Tyler was always a very sweet and helpful child. Always wanting to help mommy or anyone else and always asking how I was doing. As Tyler got older those traits never changed. He would help me at work or household chores without ever arguing. When I would run into a friend of his, parent or teacher, I would always receive the same compliments of his helpful and well respected nature. He was a very kind hearted child and that is why I believe in my heart that there is still fundamental goodness in Tyler that resides in him and that with facing his consequences he will still be able to be a contributing member to society.

As I stated before, I don't know any specifics about when this occurred. However, I know Tyler moved from Texas to Florida to start over and get a fresh start at living and working at a stable job with his eldest brother Cody about 2 years ago I believe. And at the time it seemed to be moving along well and Tyler was even getting ready to get his own place when all of this happened. So, I have to believe that he can still be a productive member of society with rehabilitation.

And it is my hope that despite the circumstances that have led us here, I hope that there can be a reasonable and fair outcome with Tyler's sentencing that also gives him a chance to start over.

Thank You for your valuable time Judge Pratt

Sincerely,

Natasha Payne

To the Honorable Judge,

My name is Cody McClure, and I am Tyler's older brother. I am writing this letter because I want to tell you about the Tyler I personally know. I understand the charges against my brother are extremely serious, and I am not writing this to minimize the seriousness of what is before the Court. I can only speak about what I have personally seen, experienced and known about Tyler throughout my life, especially during the time he lived with me and my family.

Tyler and I grew up very close. We pretty much did everything together. We went fishing, rode bikes, went camping, played football, and got into the normal kind of trouble and fun that brothers do. One of the memories that still makes me laugh is the two of us sitting in our bedroom lip-syncing Nickelback songs from a CD. I also remember trying to teach him how to do a wheelie. We have always joked around with each other and messed with each other. That is the kind of relationship I have with my brother.

When Tyler came to live with me, it was because he was having trouble holding a job while living in Texas with our aunt and grandmother. When he came to Jacksonville, he got a job doing pool plumbing on a different crew than mine. From what I personally saw, he went to work every day unless he was scheduled to be off. He worked hard.

He stayed at that job until he was first questioned by federal authorities and ultimately arrested. During the time he was working, I watched him start trying to build a life for himself. His grandmother had given him a truck, and at one point he had a car that he eventually sold because he was saving money and trying to get his own apartment. I saw him working toward having his own place, his own transportation, and becoming more independent.

I never considered myself Tyler's caretaker or someone responsible for telling him how to live his life. I treated him like my brother and like anybody else. I tried to lead by example. If he asked me how I did something, I would show him or explain it to him. Sometimes Tyler was stubborn and did not want to listen to me, but that is nothing unusual between brothers. Eventually, he would usually get up and help.

Tyler was not perfect, and I do not want to sit here and pretend that he was. He could be a little messy when it came to keeping his part of the house clean. Sometimes I would be doing something around the house and have to tell him, "Dude, stop watching me do this and come help." But for the most part, he kept up with his responsibilities. If I missed something around the house, there were times when he would pick it up or take care of it himself. He was always respectful and kept things cordial with my wife and the rest of my family.

I also want to speak about Tyler's relationship with my son. My son looks up to Tyler and loves his uncle. He calls him "Bro." Tyler and my son were not regularly left alone together. If they were, it was usually because I needed to make a quick trip to the store or run a short errand. Most of the time, my son went with me because I did not want to put the responsibility of watching my toddler on Tyler.

Even though they were not constantly together by themselves, I saw the relationship they had. My son would sit beside Tyler while Tyler played video games, colored, or wrote in his books. My son has always wanted to do whatever the people he looks up to are doing, and Tyler was one of those people for him. Tyler could get annoyed with him sometimes, just like any uncle can get annoyed with a little kid, but I never saw Tyler behave toward my son in a way that made me concerned for my son or for anybody else's child. Tyler has now been gone for almost ten months, and my son still asks me, "When is Bro coming home?" That question has stuck with me. My son still remembers him and still misses his uncle.

When the federal agents came to my house, my wife and son were asleep in bed with our dog. I was home sick from work that day. I had taken Tyler to work earlier and then returned home. When the agents arrived, I was initially treated as though I was Tyler. They did not know who I was until they ran my identification. I remember having to wake my wife and son and get my family out of the house while armed federal agents searched our home.

That experience was extremely difficult for my family and me. I am not including it to argue the details of the investigation or to tell the Court what conclusions to reach. I mention it because it is part of what happened to our family when Tyler was taken away, and because I personally experienced it.

What I miss most about Tyler being here is honestly just having my brother around. It is not one particular thing. It is having the person I grew up with around the house. It is having somebody I can joke with, work with, mess with, and simply know is there. I do not have other family here in Jacksonville. The closest family I have is in Texas and Maryland, so having my brother here meant a lot to me and my family.

I know my relationship with Tyler does not give me the ability to speak for everything he has ever done or every circumstance surrounding this case. I can only tell the Court what I personally know. The Tyler I knew growing up and the Tyler I lived with was my brother, someone I worked alongside, someone who became part of my household, and someone my son became very attached to.

I hope the Court will consider my personal experience with Tyler and the person I have known him to be when considering his case

Thank you for taking the time to read my letter.

Respectfully,

—Cody McClure
Tyler's Brother
Jacksonville Fl
September 28, 2026