



Tyler McClure (left) with his brothers and mother, Natasha Payne, after her graduation from medical assistant school.



Tyler McClure (upper right) with his brothers.



Tyler McClure (middle) with mother and two of his brothers.